UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAURICE W. HOOKER,<br><br>    Petitioner<br><br>    v.<br><br>M. SPEARMAN, Acting Warden,<br><br>    Respondent. | Case No: 11-1652 SBA (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: July 16, 2014

                                                      SAUNDRA BROWN ARMSTRONG<br>                                                      United States District Judge

P:\PRO-SE\SBA\HC.11\Hooker1652.jud.docx